No. 1363.   CATENA v. NEW JERSEY STATE COMMISSION OF INVESTIGATION.   Appeal from Super. Ct. N. J.   Motion to expedite consideration of appeal denied.   MR.

JUSTICE BRENNAN took no part in the consideration or decision of this motion.